IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEREMY S. STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA FRESH WATER, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-00562-TDS-LPA |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Jeremy Stafford moves this Court for an order approving the parties' FLSA Settlement Agreement, (Dkt. No. 15-1) and approving as reasonable the Settlement Agreement's proposed award of attorneys' fees and costs. In support of this motion, Plaintiff state as follows:

1. Plaintiff filed this federal Fair Labor Standards Act ("FLSA") lawsuit on May 31, 2019, alleging that he was employed by Defendant and was unlawfully denied overtime pay for all hours worked. (Dkt. No. 1). Defendant filed its Answer on June 28, 2019, denying Plaintiff's claims. (Dkt. No. 6.) Defendant denies any and all claims of wrongdoing.

2. The events that gave rise to Plaintiff's FLSA claims are a bona fide dispute that has been the subject of contested litigation.

3. In lieu of further contested litigation, Plaintiff and Defendant have agreed to the Proposed Settlement Agreement (Dkt. No. 15-1) to resolve all claims arising out of the events described in Plaintiff's Complaint. Counsel for the parties have negotiated the Proposed Agreement at arm's length.

4. The Proposed Agreement represents a fair and equitable resolution for all parties in this case.

5. The undersigned counsel for Plaintiff conferred with counsel for Defendant via email and telephone regarding this Motion – Defendant does not oppose Plaintiff's Motion for Approval of the Parties' FLSA Settlement.

WHEREFORE, the Plaintiff requests this Court's Order approving the Parties' Settlement Agreement (Dkt. No. 15-1) as fair and reasonable, approving an award of attorneys' fees of $9,440.00 (including costs and expenses), and dismissing this action with prejudice in its entirety in accordance with the terms of the Settlement Agreement.

Dated: May 22, 2020.

Respectfully submitted,

/s/ Jason S. Chestnut
Jason S. Chestnut, NCSB # 52066
Philip J. Gibbons, Jr., NCSB #50276
Craig L. Leis, NCSB #48582
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Place, Ste 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: jason@gibbonsleis.com
        phil@gibbonsleis.com
        craig@gibbonsleis.com

*Attorneys For Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

This is the 22nd day of May, 2020.

/s/ Jason S. Chestnut
Jason S. Chestnut, NCSB #52066