IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEREMY S. STAFFORD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CAROLINA FRESH WATER, LLC,<br><br>    Defendant. | 1:19-cv-562 |

## JUDGMENT

For the reasons set out in the Order entered contemporaneously with this Judgment,

IT IS THEREFORE ORDERED and ADJUDGED that Plaintiff's Unopposed Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice (Doc. 14) is GRANTED; the settlement of this FLSA action is APPROVED and the Agreement may be consummated; the settlement shall be paid to Stafford and his counsel as directed in the Agreement; the above-captioned case is DISMISSED WITH PREJUDICE; and the court will retain jurisdiction for the sole purpose of interpreting and enforcing the settlement.

            /s/  Thomas D. Schroeder
           United States District Judge

June 17, 2020